# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**RANDY LAVERN SPENCER,**

           **Plaintiff,**

-vs-                                                  Case No.  8:06-cv-1023-T-23TGW

**B.V. REDDISH, KEN MILLER, STEVEN SINGER, LOIS SADD, JACKIE ADAMS,**

           **Defendants.**
_____/

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants, B.V. Reddish, Ken Miller, Steven Singer, Lois Sadd and Jackie Adams; and against the Plaintiff, Randy Lavern Spencer.

Date:   July 17, 2006

                                        SHERYL L. LOESCH, CLERK

                                        By:_/s/ C. Ayers_____

Copies furnished to:

Counsel of Record
Unrepresented Parties